# THIRD COURT OF APPEALS
## \*\*\*\*\*
# CLERK'S REQUEST FOR EXTENSION
# OF TIME TO FILE CLERK'S RECORD

Appellate Case Number: 03-15-00244-CR    Trial Court Number: 03-1063-K26

Style: _____

Gregory Michael Klapesky

_____

VS.

State of Texas

_____

_____

Counsel/Party Requesting Record:

Name Gregory M. Klapesky

Firm: _____

Address: TDCJ# 1295883

William G. McConnell Unit
3001 S. Emily St.
Beeville, TX 78102

Phone: _____

I, Angela Garcia _____, District Clerk, am unable to file the clerk's record in the above styled case by June 11, 2015 _____ for the following reasons:

✓ Appellant has not paid or made arrangements to pay for the record.

_____ Appellant has only made a partial payment for the record.

_____ Appellant has made required payment and has fled a written designation, but due to work load, I have been unable to complete the record.

_____ Other (specify)

_____

_____

_____

I estimate the record in this appeal to be approximately ___1___ volumes with each volume being no more than two inches thick.

It is respectfully requested that an extension be granted to: (date) June 30, 2015

_____
Signature

_____

LISA DAVID
Address: _____
_District Clerk_
_Williamson County_
P. O. Box 24
Georgetown, Texas 78627

Telephone: (512) 943-1212
Fax: (512) 943-1222

_____ Additional information reflected on back

***PLEASE RETURN ORIGINAL TO COURT OF APPEALS – DO NOT FAX***
Third Court of Appeals, P.O. Box 12547, Capital Station, Austin, TX 78711-2547